IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 13-6039 |
| v. | : : | |
| MICHAEL SCHONEWOLF, JR. et al., | : : | |
| Defendants. | : : | |
| ALLSTATE INSURANCE COMPANY, | : : | |
| Plaintiff, | : : | |
| v. | : : | |
| DAN LAGRECA et al., | : : | |
| Defendants. | : | |

## ORDER

This 26th day of May, 2015, upon consideration of Plaintiff IDS Property Casualty Insurance Company's Motion for Summary Judgement and all accompanying submissions, as well as Plaintiff Allstate Insurance Company's Motion for Judgment on the Pleadings and all accompanying submissions, it is hereby **ORDERED** as follows:

- IDS Property Casualty Insurance Company's Motion for Summary Judgment is **DENIED**. IDS currently maintains a duty to defend Michael Schonewolf, Jr. in the underlying action.

- Allstate Insurance Company's Motion for Judgement on the Pleadings is **DENIED**. Allstate currently maintains a duty to defend Dan Lagreca in the underlying action. Allstate's Motion is also **DENIED** with respect to Dan Lagreca's counterclaims.

    /s/ Gerald Austin McHugh
United States District Court Judge