**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | **No. 13-6039** |
| **DAN LAGRECA,** | : | |
| **Defendant.** | : | |

## ORDER

This 10th day of March, 2017, upon consideration of Plaintiff/Counterclaim-Defendant Allstate Insurance Company's Motion for Summary Judgment; Defendant/Counterclaim-Plaintiff Dan Lagreca's Response thereto and separate Motion for Time to Conduct Discovery; and Allstate's Reply, it is hereby **ORDERED** that 1) Allstate's Motion (Dkt. 93) is **GRANTED**; and 2) Lagreca's Motion (Dkt. 94) is **DENIED**. Lagreca's counterclaims are **DISMISSED WITH PREJUDICE**.

      /s/ Gerald Austin McHugh
United States District Judge